# IN THE SUPREME COURT OF THE STATE OF NEVADA

CREDIT UNION 1, AN ILLINOIS
STATE CHARTERED CREDIT UNION
AS SUCCESSOR IN INTEREST TO
CUMORAH CREDIT UNION,
Petitioner,
vs.
THE SECOND JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
WASHOE; AND THE HONORABLE
SCOTT N. FREEMAN, DISTRICT
JUDGE,
Respondents,
and
LANDBANK DEVELOPMENT
COMPANY, LLC, A NEVADA LIMITED
LIABILITY COMPANY; MARINA
COMMERCIAL OFFICES, LLC, A
NEVADA LIMITED LIABILITY
COMPANY; AND DARREN PROULX,
INDIVIDUALLY AND AS A MEMBER
AND/OR AUTHORIZED AGENT OF
LANDBANK DEVELOPMENT
COMPANY, LLC AND MARINA
COMMERCIAL OFFICES, LLC,
Real Parties in Interest.

No. 70131

**FILED**

MAR 0 1 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION FOR WRIT OF MANDAMUS

This is an original petition for a writ of mandamus challenging an order denying a motion for summary judgment. Having considered the petition and supporting documents in this original proceeding, we decline to intervene at this time, as an adequate remedy exists in the form of an

 

appeal from any adverse final judgment. NRS 34.170; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 228, 88 P.3d 840, 841, 844 (2004); *Smith v. Eighth Judicial Dist. Court*, 113 Nev. 1343, 1344, 950 P.2d 280, 281 (1997) (noting that this court will generally not consider writ petitions challenging orders denying motions for summary judgment). Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Cherry

_____, J.
Douglas

_____, J.
Gibbons

cc: Hon. Scott N. Freeman, District Judge
Laxalt & Nomura, Ltd./Reno
Law Offices of Mark Wray
Washoe District Court Clerk

(O) 1947A